**FLYNN ROSE & PERKINS**
CHARLES B. PERKINS – State Bar No. 126942
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA 95030
Tel: 408-399-4566
Fax: 408-399-6683
E-mail: cbperk@earthlink.net
E-mail: sue@pelmulder.com

Attorneys for Plaintiff
WILLARD STUMP

**RIMAC MARTIN, P.C.**
ANNA M. MARTIN – State Bar No. 154279
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendants
FIRST UNUM LIFE INSURANCE COMPANY,
UNUM GROUP AND REED ELSEVIER, INC. EMPLOYEE
BENEFIT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD D. STUMP,<br><br>        Plaintiff,<br><br>v.<br><br>FIRST UNUM LIFE INSURANCE COMPANY, UNUM GROUP, REED ELSEVIER INC. EMPLOYEE BENEFIT PLAN,<br><br>        Defendants. | CASE NO. 5:12-cv-01846 EJD<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

1

Stipulation of Dismissal
Case No. CV 12-01846 EJD

IT IS HEREBY STIPULATED by and between the Plaintiff WILLARD D. STUMP and Defendant FIRST UNUM LIFE INSURANCE COMPANY, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

Respectfully submitted,

**FLYNN ROSE & PERKINS**

DATED: November 9, 2012       By:   /S/ Charles B. Perkins
                                    Charles B. Perkins
                                    Attorneys for Plaintiff
                                    WILLARD D. STUMP

**RIMAC MARTIN, P.C.**

DATED: November 9, 2012       By:   /S/ Anna M. Martin
                                    ANNA M. MARTIN
                                    Attorneys for Defendants
                                    First Unum Life Insurance Company of America,
                                    Unum Group and Reed Elsevier, Inc. Employee
                                    Benefit Plan

**SO ORDERED.**
The Clerk shall close thsi file.

DATED: November 14, 2012 By: [signature]
                              EDWARD J. DAVILA
                              United States District Judge

# CERTIFICATE OF SERVICE

*Stump v. First Unum Life Insurance, et al.*
Case No. 5:12-cv-01846 EJD

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1051 Divisadero Street, San Francisco, California 94115.

On November 9, 2012, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER**

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties. Parties who have not consented to electronic service are entitled to receive a paper copy of any electronically filed pleading or other document. Any such parties will be served by regular mail.

Executed on November 9, 2012 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Robin Hale | /s/ Robin Hale |
|---|---|
| (Type or print name) | (Signature) |